

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:24CR |
| v. | VIOLATION: |
| TIFFANY MOSS | 18 U.S.C. § 1365(a)(4)<br>(Tampering with a Consumer Product) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Tampering with a Consumer Product)

On or about January 11, 2024, in the District of Connecticut, TIFFANY MOSS, the defendant herein, with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, tampered with consumer products that affected interstate commerce and with the labeling of and containers for such products, specifically, TIFFANY MOSS took three bags, each containing a solution of hydromorphone, a narcotic painkiller in liquid form, which she knew was intended to be dispensed to patients for purposes of pain relief; removed a portion of each of the solutions and replaced the portions she removed with saline; and returned the adulterated bags to be used in medical procedures.

All in violation of Title 18, United States Code, Section 1365(a)(4).

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Ray Miller*
RAY MILLER
ASSISTANT UNITED STATES ATTORNEY